

RECEIVED

12 DEC -6 AM 8: 25

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | | |
|---|---|---|
| TERRY HARRINGTON, | ) | Civil Nos.. 4:03-CV-90616 (lead case) |
| Plaintiff, | ) | 4:05-CV-00178-RP-TJS |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF COUNCIL BLUFFS, IOWA, | ) | |
| DANIEL C. LARSEN, in his individual | ) | |
| and official capacities, and | ) | |
| LYLE W. BROWN, in his individual and | ) | |
| official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| CURTIS W. McGHEE, JR. | ) | CIVIL NO. 4:05-CV-00255-RP-TJS |
| Plaintiff, | ) | |
| vs. | ) | |
| CITY OF COUNCIL BLUFFS, IOWA, | ) | |
| DANIEL C. LARSEN, in his individual | ) | |
| and official capacities, and | ) | |
| LYLE W. BROWN, in his individual and | ) | |
| official capacities, | ) | |
| Defendants. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| ANNE FRANCES DANAHER, | ) | CIVIL NO. 4:03-CV-90616-RP TJS |
| Interpleader. | ) | (Claim by 3rd Party) |
| | ) | **ENTRY OF** |
| | ) | **REGISTERED PERFECTED CLAIM** |
| | ) | by Special Visitation of |
| | ) | Secured Party via the attached |
| | ) | UCC Financing Statements |

This shall constitute as an **"ENTRY OF REGISTERED PERFECTED CLAIM"** into the above referenced Case/Account's Court Record by Special Visitation of the Secured Party, Anne Frances Danaher, to make her claim on this Case/Account, of any correlating collateral/property, assets, and/or funds of settlement awarded to Terry Jerome Harrington, via the attached Registered and Perfected Security Interests/Liens via Uniform Commercial Code (UCC) Financing Statements; Douglas county, Nebraska Registration No. **2012122044** dated December 3rd, 2012, Iowa Registration No. **P12010221-5** dated December 4th, 2012, and District of Columbia/Washington, DC Registration No. **2012130803** dated December 5th, 2012. This is done under necessity to protect and preserve Anne Frances Danaher's Secured Interest/Rights, and Her Rights of Subrogation, Recourse, and Remedy.

***NOTICE*** Per the Law of the Flag: This claim/transaction/filing and **all** subsequent transactions/filings pursuant to this claim are governed under Commercial Law and the UCC.

Subscribed and executed on this __6th__ day of __December 6th__, 2012.

Anne Frances Danaher

_Anne Frances Danaher_
Secured Party

UCC   2012122044

DEC 03 2012 08:53 P   3

S

FEE 10⁵⁰   FB 54-0554(

BKP _____   EXAM mb

IND _____   SCAN _____   PRF _____

cash

Received - DIANE L. BATTIATO
Register of Deeds, Douglas County, NE
12/3/2012 08:53:23.06

2012122044

---

**THE ABOVE SPACE IS FOR REGISTER OF DEEDS RECORDING DATA**

**UCC RECORDING COVER SHEET**

_____ UCC _____

_____ 3 _____ PGS

_____ 1 _____ ATTACHMENTS

_____ 1 _____ LOTS / SECTIONS

LEGAL DESCRIPTION:

(IF NOT CONTAINED IN INSTRUMENT)

RETURN TO: ___See Attached___

_____

_____

816.935.5328

CHECK NUMBER

_____

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Anne Danaher, at: 816-935-5328

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Anne Danaher
c/o P.O. Box 3242
Kansas City, Kansas 66103

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Harrington | Terry | Jerome | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 5024 Read Street | Omaha | Neb. | [68152-2575] | America |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Danaher | Anne | Frances | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o P.O. Box 3242 | Kansas City | Kan. | [66103] | America |

**4. This FINANCING STATEMENT covers the following collateral:**

This is entry of collateral Record Owner/Secured Party, Anne Frances Danaher, and of DEBTOR, Terry Jerome Harrington, in the Commercial Chamber/Registry under necessity, and the following property is hereby Registered in same: Secured Party accepts for value, as consideration/collateral for monies owed, all of DEBTOR'S accounts, commercial instruments, assets, land, all personal & real property, all mislaid & unclaimed property, and all of DEBTOR'S interest/rights/titles in same, now owned/existing and hereafter acquired/arising and wherever located, as arising from monies owed, from good and valuable considerations, services, work, time, and monies spent on/for DEBTOR by the Secured Party, resultant from Contract No. AD2000-1015CA valued at One Million Four Hundred Forty-four Thousand United States Dollars ($1,440,000.00 USD) plus, 20% of DEBTOR'S gross proceeds arising from United States District Court (USDC) for the Southern District of Iowa, Case/Account No. 4:03-cv-90616-RP-TJS, contract dated October 15th, 2000 and Recorded at the Recorder of Deeds, Polk county, Iowa, on June 6th, 2011, Doc ID No. 024790330003, File No. 2011-00087178, Book No. 13868, Page No. 670-672. This Registration is to guarantee payment by DEBTOR by claiming, liening, protecting, and securing all interest/rights/title(s) in/on collateral/property, which includes, but not limited to the following: In/on all of the property referenced above, (continued)

**5. ALTERNATIVE DESIGNATION [if applicable]:** LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

**6.** ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]
**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Contract/Promissory Note No. AD2000-1015CA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| Harrington | Terry | Jerome |

**10. MISCELLANEOUS:**

Contract/Promissory Note No. AD2000-1015CA;
Amount: $1,440,000.00 USD, plus, 20% of proceeds from settlement of:
USDC for the Southern District of Iowa
Case/Account No. 4:03-cv-90616-RP-TJS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

Parcel No. 0741991370

Legal Description:
CAMENZIND HIGHLAND 2nd ADD, Lot 12, Block 5, (Irreg); in Omaha, Douglas county, Nebraska;
also known as: 5024 Read Street, Omaha, Nebraska

**16. Additional collateral description:**

(continued) especially but not limited to; 20% of DEBTOR'S gross proceeds arising from settlement of monies paid out to the DEBTOR from USDC for the Southern District of Iowa, Case/Account No. 4:03-cv-90616-RP-TJS. Secured Party accepts for value DEBTOR'S signature in accord with U.C.C. §1-210 (39) and §3-401.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY— NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

**FILED**

P12010221-5

12/4/2012   8:04 AM

IOWA SECRETARY OF STATE

FILED

*P120102215*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Anne Danaher, at: 816-935-5328

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Anne Danaher
c/o P.O. Box 3242
Kansas City, Kansas 66103

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Harrington | Terry | Jerome | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 5024 Read Street | Omaha | Neb. | [68152-2575] | America |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HARRINGTON | TERRY | JEROME | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 123 East Walnut (United States Courthouse) | Des Moines | IA | 50309 | USA |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Danaher | Anne | Frances | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o P.O. Box 3242 | Kansas City | Kan. | [66103] | America |

**4. This FINANCING STATEMENT covers the following collateral:**

This is an informational/in-lieu of filing of the Security Interest of the Secured Party, Anne Frances Danaher, in/on the DEBTOR, Terry Jerome Harrington and all his/its property/collateral as Filed/Registered with/by the Douglas county, Nebraska, Register of Deeds Office, UCC Filing/Registration No. 2012122044 dated December 3rd, 2012 as if stated in its entirety here, for the perfection of the Security Interest in Iowa state/State of Iowa.

**5. ALTERNATIVE DESIGNATION [if applicable]:** LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Contract/Promissory Note No. AD2000-1015CA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| Harrington | Terry | Jerome |

**10. MISCELLANEOUS:**

Contract/Promissory Note No. AD2000-1015CA;
Value/Amount:
$1,440,000.00 USD, plus, 20% of proceeds from settlement of:
USDC for the Southern District of Iowa
Case/Account No. 4:03-cv-90616-RP-TJS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|
| | | | | | |

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

Contract/Promissory Note No. AD2000-1015CA;
Value/Amount:
$1,440,000.00 USD, plus, 20% of proceeds from settlement of:
USDC for the Southern District of Iowa
Case/Account No. 4:03-cv-90616-RP-TJS

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

```
Doc# : 2012130803
Page 1 of 2
Date: 12/05/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $    5.00
    E-RECORD            $   25.00
    ESURCHARGE          $    6.50
```

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Anne Danaher   816-931-8688

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Danaher, Anne

Kansas City, KS 66103

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HARRINGTON | TERRY | JEROME | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 5024 Read Street | Omaha | Neb | None | UNITED STATES |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HARRINGTON | TERRY | JEROME | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 123 East Walnut | Des Moines | IA | 50309 | UNITED STATES |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| DANAHER | ANNE | FRANCES | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o P.O. Box 3242 | Kansas City | Kan | None | UNITED STATES |

**4. This FINANCING STATEMENT covers the following collateral:**

This is an informational/in-lieu of filing of the Security Interest of the Secured Party, Anne Frances Danaher, in/on the DEBTOR, Terry Jerome Harrington and all his/its property/collateral as Filed/Registered with/by the Douglas county, Nebraska, Register of Deeds Office, UCC Filing/Registration No. 2012122044 dated December 3rd, 2012 as if stated and/or incorporated in its entirety here, for the perfection of the Security Interest in the District of Columbia (aka Washington, DC) and its Districts, Territories, Enclaves, and Possessions.

**5. ALTERNATIVE DESIGNATION [if applicable]:** LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] — All Debtors | Debtor 1 | Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Contract/Promissory Note No. AD2000-1015CA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

```
Doc# : 2012130803
Page 2 of 2
Date: 12/05/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $    5.00
  E-RECORD          $   25.00
  ESURCHARGE        $    6.50
```

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**
- 9a. ORGANIZATION'S NAME:
- 9b. INDIVIDUAL'S LAST NAME: HARRINGTON | FIRST NAME: TERRY | MIDDLE NAME, SUFFIX: JEROME

**10. MISCELLANEOUS:**
Contract/Promissory Note No. AD2000-1015CA;
Value/Amount:
$1,440,000.00 USD, plus, 20% of proceeds from settlement of:
USDC for the Southern District of Iowa
Case/Account No. 4:03-cv-90616-RP-TJS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names
- 11a. ORGANIZATION'S NAME:
- 11b. INDIVIDUAL'S LAST NAME: HARRINGTON | FIRST NAME: TERRY | MIDDLE NAME: JEROME | SUFFIX:
- 11c. MAILING ADDRESS: 1500 Pennsylvania Avenue Northwest | CITY: Washington | STATE: DC | POSTAL CODE: 20220 | COUNTRY: UNITED STATES
- 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any: NONE

**12.** [ ] ADDITIONAL SECURED PARTY'S or [ ] ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)
- 12a. ORGANIZATION'S NAME:
- 12b. INDIVIDUAL'S LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX:
- 12c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY:

**13.** This FINANCING STATEMENT covers [ ] timber to be cut or [ ] as-extracted collateral, or is filed as a [ ] fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.
Debtor is a [ ] Trust or [ ] Trustee acting with respect to property held in trust or [ ] Decedent's Estate

**18.** Check only if applicable and check only one box.
[ ] Debtor is a TRANSMITTING UTILITY
[ ] Filed in connection with a Manufactured-Home Transaction — effective 30 years
[ ] Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing "**ENTRY OF REGISTERED PERFECTED CLAIM**" document was served upon counsel named below, in the manner checked and/or at the addresses set out below:

David Stephen Baker
Fisher Patterson Sayler & Smith LLP
51Corporate Woods, Suite 300
9393 W 110th Street
Overland Park, KS 66210
dbaker@fisherpatterson.com

[ ] U.S. Mail, Postage Prepaid
[ ] Express Mail
[ ] Facsimile Transmission
[ ] Federal Express
[ ] Electronic Filing
[x] In Person

Kristopher Madsen
Robert Livingston
Stuart, Tinley, Peters, Thorn, Hughes,
Faust & Madsen
310 W. Kanesville Blvd., 2nd Floor
P.O. Box 398
Council Bluffs, IA 51502-0398
madsen.kristopher@stuarttinley.com

livingston.robert@sutarttinley.com

[ ] U.S. Mail, Postage Prepaid
[ ] Express Mail
[ ] Facsimile Transmission
[ ] Federal Express
[ ] Electronic Filing
[x] In Person

1

Stephen D. Davis
Steve Davis Law, PC
700 Commerce Dr., Ste. 500
Oak Brook, IL 60523

sdd@stevedavislaw.com


[ ] U.S. Mail, Postage Prepaid
[ ] Express Mail
[ ] Facsimile Transmission
[ ] Federal Express
[ ] Electronic Filing
[X] In Person


J. Douglas McCalla
Gerry L. Spence
Mel C. Orchard, III
Larissa A. McCalla
THE SPENCE LAW FIRM, LLC
Spence & McCalla
P.O. Box 548
Jackson, WY 83001
307-733-7290 Telephone
307-733-5248 Fax
mccalla@spencelawyers.com
orchard@spencelawyers.com

[ ] U.S. Mail, Postage Prepaid
[ ] Express Mail
[ ] Facsimile Transmission
[ ] Federal Express
[ ] Electronic Filing
[X] In Person


*Anne Frances Danaher*
_____
Anne Frances Danaher

2