# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

# CLERK'S COURT MINUTES

PRESIDING:    HONORABLE
Case No.                                : Court Reporter:
                                         : Interpreter:
                                         : Civil Matters Video Recorded:

..............................................................
Plaintiff(s)                             : Defendant(s)
                                         :
                                         :
                                         :
                                         :
                                         :
                                         :
                                         :
                                         :
.............................................................................................................................................
Plaintiff(s) Counsel:

Defendant(s) Counsel:

Issues before the Court:
Motion(s) for Ruling:                                      Ruling      /     Ruling Reserved
.............................................................................................................................................
                                                                           :
                                                                           :
                                                                           :
                                                                           :
                                                                           :
.............................................................................................................................................
Proceedings:




Time Start:
Time End:
Date:                                          Deputy Clerk