IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TERRY J. HARRINGTON, and<br>CURTIS W. MCGHEE, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF COUNCIL BLUFFS, IOWA,<br>DANIEL C. LARSEN, in his individual<br>and official capacities, and<br>LYLE W. BROWN, in his individual<br>and official capacities,<br><br>    Defendants. | 4:03-CV-90616 (LEAD CASE)<br>4:05-CV-00178<br>4:05-CV-00255<br><br>DEFENDANTS' JOINT<br>MOTION TO REINSTATE<br>THE DEFENSE VERDICT |

COME NOW, Defendants, City of Council Bluffs, Iowa, Daniel C. Larsen, and Lyle W. Brown, and, pursuant to Federal Rule of Civil Procedure 51(c)(2)(b), 59(e), and/or 60(b)(1 & 6), and Local Rule 7, jointly move this Court to reinstate the unanimous written defense verdict and enter judgment in their favor.

The Court mistakenly, inadvertently, or through excusable neglect refused to afford the Defendants representation during the proceedings involving the jury verdict prohibiting Defense Counsel from then objecting to actions taken on instructions and taking actions upon *ex parte* motions by Plaintiffs' counsel, including a motion to poll the jury and a motion for mistrial. The Court abused its discretion in polling the jury and declaring a mistrial without allowing Defense Counsel to participate in these proceedings.

WHEREFORE, Defendants, The City of Council Bluffs, Daniel Larsen, and Lyle Brown, respectfully request the Court reinstate the jury's unanimous written defense verdict, enter judgment in their favor on the verdict, and for further relief as the Court deems just and proper.

/s/
Kristopher K. Madsen  #AT0004969
Robert M. Livingston #AT0004728
STUART TINLEY LAW FIRM LLP
310 W. Kanesville Blvd., 2nd Floor
P. O. Box 398
Council Bluffs, Iowa  51502-0398
(712) 322-4033
Fax (712) 322-6243
madsen.kristopher@stuarttinley.com
livingston.robert@stuarttinley.com

Michael A. Sciortino  #AT0007101
Assistant City Attorney
City of Council Bluffs, Iowa
City Hall, 209 Pearl Street
Council Bluffs, Iowa  51503
(712) 328-4620
Fax (712) 322-9255
masciortino@aol.com
ATTORNEYS FOR DEFENDANTS CITY
OF COUNCIL BLUFFS, IOWA

David S. Baker, Mo. #30347
Daniel C. Estes, Mo. #52595
FISHER, PATTERSON, SAYLER &
SMITH, LLP
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, Kansas  66210
(913) 339-6757
Fax (913) 339-6187
dbaker@fisherpatterson.com
destes@fisherpatterson.com
ATTORNEYS FOR DEFENDANTS
DANIEL LARSEN, AND LYLE BROWN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 11, 2013, the above and foregoing, DEFENDANTS' JOINT MOTION TO REINSTATE THE DEFENSE VERDICT, was electronically filed with the Clerk of the Court using the ECF system, service being made by ECF upon the following:

Alan O. Olson
Olson Law Office, P.C.
3116 Ingersoll Avenue
Des Moines, Iowa  50312-3910

Steve D. Davis
Steve Davis Law, P.C.
700 Commerce Drive, Suite 500
Oak Brook, IL  60523-8736

Mel C. Orchard
The Spence Law Firm, LLC
15 S. Jackson Street
P.O. Box 548
Jackson, WY 83001

Thomas P. Frerichs
Frerichs Law Office, P.C.
751 Progress Avenue
P. O. Box 328
Waterloo, Iowa 50704

/s/
Robert M. Livingston