IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| TERRY HARRINGTON and <br> CURTIS W. MCGHEE, JR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COUNCIL BLUFFS, IOWA, <br> DANIEL C. LARSEN, in his individual and <br> official capacities, and LYLE W. BROWN, <br> in his individual and official capacities, <br><br> Defendants. | * * * * * * * * * * * * * * * | 4:03-cv-90616 (LEAD CASE) <br> 4:05-cv-00178 <br> 4:05-cv-00255 <br><br><br><br><br><br><br><br> ORDER |

Before the Court is a Stipulation of Dismissal With Prejudice. This case, therefore, is hereby dismissed with prejudice per the terms set forth in the stipulation.

IT IS SO ORDERED.

Dated this ___17th___ day of October, 2013.

_____
ROBERT W. PRATT
U.S. DISTRICT JUDGE